UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GFRS EQUIPMENT LEASING FUND II, LLC an Arizona Limited Liability Corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>SOUTH TEXAS MATERIALS, LLC, CACTUS READYMIX, LLC, JAMES RUSSELL WOOD, CANDICE R. WOOD, ALLEN D. BRADLEY, and KRISTA D. BRADLEY,<br><br>Defendants, | Case No.: 2:23-cv-00197 |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff GFRS Equipment Leasing Fund, II, LLC ("GFRS Equipment"), by its attorneys, moves, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the Court to enter default judgment against defendants Allen D. Bradley and Krista D. Bradley, and, in support, states as follows:

1. Allen D. Bradley and Krista D. Bradley have not appeared in the case, and on March 20, 2024, the Clerk entered defaults against them (Docs. 24 and 25).

2. GFRS Equipment now seeks default judgment against those defendants, jointly and severally, supported by the Declaration in Support of Default Judgment attached as Exhibit 1; the Declaration of Dennis A. Dressler in support of attorney fees and costs attached as Exhibit 2; and the Declaration as to Military Service attached as Exhibit 3.

3. The relief sought against these defendants is based on guaranties they entered into, and is for sums that can be made certain upon computation based upon amounts indicated in the supporting Declarations. *See* Exhibits 1 and 2. A proposed Order of Default Judgment is submitted herewith.

WHEREFORE, plaintiff GFRS Equipment Leasing Fund, II, LLC requests that the Court enter a default judgment against Allen D. Bradley and Krista D. Bradley, jointly and severally, in the amount of $468,770.54, plus attorney fees of $39,140, and costs of $1,897.12, for a total judgment of $509,807.66.

Dated: May 9, 2024

                                        Respectfully submitted,
                                        PLAINTIFF GFRS EQUIPMENT LEASING FUND II, LLC,

                                        By:   s/ Dennis A. Dressler

Dennis A. Dressler
Texas Federal ID No. 436856
Dressler | Peters, LLC
101 W. Grand Ave., Ste. 404
Chicago, IL 60654
Tel. 312-602-7361
ddressler@dresslerpeters.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2024, the foregoing was electronically filed through CM/ECF and the following parties were served via the methods listed below:

**Via the Court's electronic notification system**
- Travis Clayton Badger- tcb@badgerlawoffice.com

**Via USPS First Class Mail with proper postage prepaid, via first class certified mail, return receipt requested and via Federal Express overnight delivery**

| | |
|---|---|
| Allen D. Bradley | Krista D. Bradley |
| 465 W. Pin Oak Ln. | 465 W. Pin Oak Ln. |
| Rockport, TX 78382 | Rockport, TX 78382 |

By:     s/ Rachel McCandless
            Rachel McCandless