# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| GFRS EQUIPMENT LEASING FUND II, LLC an Arizona Limited Liability Corporation,<br><br>      Plaintiff,<br><br>      -vs-<br><br>SOUTH TEXAS MATERIALS, LLC, CACTUS READYMIX, LLC, JAMES RUSSELL WOOD, CANDICE R. WOOD, ALLEN D. BRADLEY, and KRISTA D. BRADLEY,<br><br>      Defendants, | Case No.: 2:23-cv-00197 |

## GFRS EQUIPMENT LEASING FUND, II, LLC'S
## AGREED MOTION TO DISMISS CANDICE R. WOOD

Plaintiff GFRS Equipment Leasing Fund, II, LLC ("GFRS"), by its attorneys, requests that the Court dismiss defendant Candice R. Wood ("Ms. Wood"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure ("FRCP"), and in support, states as follows:

1. Ms. Wood and other defendants in this action filed an answer and affirmative defenses, on September 4, 2023. (Doc. 12).

2. GFRS and Ms. Wood have entered into a Mutual Release and Settlement Agreement ("Agreement," a copy of which is attached as Exhibit 1), with an effective date of January 2, 2025.

3. The Agreement provides a payment plan for Ms. Wood to make settlement payments to GFRS, and an Agreed Judgment if settlement payments are not paid.

4. In accordance with the Agreement, counsel for GFRS and Ms. Wood request dismissal of this action against Ms. Wood without prejudice and subject to the continuing

jurisdiction of the Court to enforce the Agreement. A proposed Order is submitted with this motion.

5. Based on the dismissal of the action in accordance with the proposed Order, the Court's Scheduling Order (Doc. 41), entered November 22, 2024, for a trial against Ms. Wood is moot, and the parties request that the Court vacate that Scheduling Order.

6. A draft of this motion has been provided to the attorney in this case for Ms. Wood, and counsel for GFRS and Ms. Wood agree to this motion.

WHEREFORE, GFRS Equipment Leasing Fund, II, LLC requests that the Court dismiss this action against defendant Candice R. Wood in accordance with this motion and its proposed Order.

Dated: January 30, 2025

        Respectfully submitted,

        PLAINTIFF GFRS EQUIPMENT
        LEASING FUND II, LLC,

        By: /s/Dennis Dressler

Dennis Dressler
Texas Federal ID No. 436856
Dressler | Peters, LLC
101 W. Grand Ave., Ste. 404
Chicago, IL 60654
Tel. 312-602-7361
ddressler@dresslerpeters.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2025, the foregoing was electronically filed through CM/ECF and the following parties were served via the methods listed below:

**Via the Court's electronic notification system**
  • Travis Clayton Badger- tcb@badgerlawoffice.com


            By: /s/ Tori Willett
               Tori Willett